IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3046 |
| vs. | ORDER |
| QUIRSTIN MARIE GROSS, | |
| Defendant. | |

The defendant has moved for release to treatment at St. Monica's. (Filing No. 19). The undersigned magistrate has reviewed Defendant's Substance Abuse Evaluation and notes Defendant is still contemplating whether she wants to quit using drugs. The evaluator states Defendant maintains a "love/hate relationship with mood-altering chemicals." "She seems to have some insight into the severity of her use, but the depth and overall weight of this insight seems limited; per her reporting, she still wants to use."

The court agrees with pretrial services: The defendant needs drug treatment. But I am not convinced that Defendant truly believes she needs treatment at this time. And I am also not convinced St. Monica's is equipped to handle Defendant's level of denial without disrupting the programming of others in its facility.

Accordingly,

IT IS ORDERED that Defendant's motion for release, (Filing No. 19), is denied without a hearing.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge